Tanya Moore, Esq. SBN 206683
MOORE LAW FIRM, P.C.
332 N. Second Street
San Jose, CA  95112
Telephone (408) 271-6600
Facsimile (408) 298-6046

Attorneys for Plaintiff
Daniel Delgado

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL DELGADO,<br><br>            Plaintiff,<br><br>     vs.<br><br>CKE RESTAURANTS, INC., et al.,<br><br>            Defendants. | No.  1:10-CV-01848-LJO-DLB<br><br>**STIPULATION FOR DISMISSAL OF ACTION; ORDER** |

   IT IS HEREBY STIPULATED by and between the parties who have appeared in this action, by and through their respective counsel, that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed with prejudice in its entirety.

Date: December 21, 2010                                      MOORE LAW FIRM, P.C.


                                                                              /s/Tanya E. Moore
                                                                              Tanya E. Moore,
                                                                              Attorney for Plaintiff Daniel Delgado

*Delgado v. SKE Restaurants, et al.*
Stipulation for Dismissal

Page 1

1  Date: December 21, 2010                CALL & JENSEN

4                                         /s/ Matthew R. Orr
                                          Matthew R. Orr, Attorneys for Defendant
                                          CKE Restaurants, Inc., dba Carl's Jr.

## **ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety. The Clerk of the Court is directed to close this action in its entirety.

Dated: December 21, 2010                 /s/ Lawrence J. O'Neill____
                                         United States District Court Judge

*Delgado v. SKE Restaurants, et al.*
Stipulation for Dismissal

Page 2